UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re,<br><br>FR. PAUL E. CARRIER, S.J. | Case No.: 2:14-mc-0044 (JHR) |
| This document applies to the above referenced District of Maine miscellaneous case which seeks discovery for use in *St. Louis v. Perlitz*, Civil Action No.: 3:13-cv-01132 (RNC), a case filed in the United States District Court for the District of Connecticut and to the District of Connecticut cases consolidated with *St. Louis*:<br>3:13-cv-1225-RNC; 3:13-cv-1269-RNC;<br>3:13-cv-1437-RNC; 3:13-cv-1480-RNC;<br>3:13-cv-1626-RNC; 3:13-cv-1627-RNC;<br>3:13-cv-1628-RNC; 3:13-cv-1629-RNC;<br>3:13-cv-1630-RNC; 3:13-cv-1631-RNC;<br>3:13-cv-1632-RNC; 3:13-cv-1633-RNC;<br>3:13-cv-1634-RNC; 3:13-cv-1635-RNC;<br>3:13-cv-1636-RNC; 3:13-cv-1637-RNC;<br>3:13-cv-1638-RNC; 3:13-cv-1639-RNC;<br>3:13-cv-1640-RNC; 3:13-cv-1641-RNC;<br>3:13-cv-1642-RNC; 3:13-cv-1644-RNC;<br>3:13-cv-1645-RNC; 3:13-cv-1647-RNC;<br>3:13-cv-1648-RNC; 3:13-cv-1701-RNC;<br>3:13-cv-1767-RNC; 3:13-cv-1768-RNC;<br>3:13-cv-1769-RNC; 3:13-cv-1881-RNC;<br>3:13-cv-1904-RNC; 3:13-cv-1906-RNC;<br>3:13-cv-1907-RNC; 3:14-cv-0125-RNC<br>3:14-cv-0668-RNC; 3:14-cv-00815-RNC | August 21, 2014 |

### DECLARATION OF MITCHELL GARABEDIAN PURSUANT TO LOCAL RULE 37

I, Mitchell Garabedian, pursuant to 28 U.S.C. § 1746, hereby declare under penalty

of perjury, that the following statements are true and correct, to the best of my knowledge

1

and belief:

1. I am an attorney admitted to practice in Massachusetts and admitted *pro hac vice* in this Court. Along with co-counsel, my firm represents the Plaintiff in *St. Louis v. Perlitz*, Civil Action No.: 3:13-cv-01132 (RNC), a case filed in the United States District Court for the District of Connecticut. I also represent the Plaintiffs in the thirty six-cases in the District of Connecticut consolidated with *St. Louis*.

2. Prior to 2011 I learned from Paul Kendrick that young men in Haiti claiming to have been sexually abused in Haiti when they were children by Douglas Perlitz were seeking an attorney to represent them.

3. Prior to July 30, 2012, Paul Kendrick fostered communication between me and Cyrus Sibert an adult in Haiti trying to help Douglas Perlitz's victims obtain remedies for the harm they suffered.

4. Prior to working with Mr. Kendrick and Mr. Sibert I was not familiar with Haitian culture. Both helped me understand the lives the victims of Douglas Perlitz lived and how those victims communicated with others. This helped with my early meetings with Haitian victims prior to July 30, 2012.

5. I do not speak Haitian Creole, the language of the victims of Douglas Perlitz.

6. I believe that prior to July 30, 2012, Mr. Kendrick helped some of

my clients effectively communicate with me.

7.     Prior to July 30, 2012, Mr. Kendrick, along with Mr. Sibert, helped me effectively communicate with many of Mr. Perlitz's victims. Prior to July 30, 2012, Mr. Kendrick helped me exchange documents with a number of my clients in Haiti.

8.     From March 12, 2012 until July 30, 2012, I and the Law Offices of Mitchell Garabedian explicitly represented Paul Kendrick.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of August, 2014.


By:    /s/ Mitchell Garabedian
       Mitchell Garabedian


**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2014, a copy of the foregoing Declaration was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


By:    /s/Mitchell Garabedian
       Mitchell Garabedian